ML/CH
F.#2017R01183

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ NOV 21 2017 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------X

UNITED STATES OF AMERICA

- against -

RASHEEDUL MOWLA,

      Defendant.

------------------------------X

[PROPOSED]
ORDER

Docket No. 17-MJ-769 (AMD)

DONNELLY, DISTRICT JUDGE:

      Upon the motion of the UNITED STATES OF AMERICA, by Assistant United States Attorney Margaret Lee, with the consent of counsel for the defendant Steve Zissou, Esq., it is hereby

      ORDERED, pursuant to 18 U.S.C. §§ 4241(b), 4247(b) and 4247(c), that the defendant RASHEEDUL MOWLA, be committed to the custody of the Attorney General at a Bureau of Prisons ("BOP") facility that performs psychiatric or psychological examinations consistent with the provisions of Section 4247(b) ("suitable BOP facility") for a period of thirty days for an examination to determine whether the defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense, and for any necessary treatment; and it is further

1

ORDERED, pursuant to Title 18, United States Code, Section 4247(b), that a qualified examiner (the "examiner") conduct a psychiatric or psychological examination at a suitable BOP facility; and it is further

ORDERED, pursuant to Title 18, United States Code, Sections 4247(b), that the examiner complete the examination of the defendant RASHEEDUL MOWLA within thirty (30) days of the defendant's arrival at the suitable BOP facility; and it is further

ORDERED pursuant to Title 18, United States Code, Sections 4247(c) that within a reasonable time following the conclusion of this examination, the examiner file a psychiatric and psychological report with the Court with copies provided to defense counsel Steve Zissou, and Assistant United States Attorney Margaret Lee; and it is further

ORDERED that the Clerk of the Court serve a copy of this Order upon the United States Marshal's Service for the Eastern District of New York and the Bureau of Prisons.

SO ORDERED

Dated:   Brooklyn, New York
         November 17, 2017

                                        s/Ann M. Donnelly
                                        _____
                                        THE HON. ANN M. DONNELLY
                                        United States District Judge



U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

ML/CH
F.#2017R01183

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 15, 2017

By Hand and ECF

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re:  United States v. Rasheedul Mowla
      Docket No. 17-MJ-769 (AMD)

Dear Judge Donnelly:

  A status conference is scheduled in the above-captioned matter on November 21, 2017 at 3:30 p.m. In advance of the conference, the government respectfully submits the attached proposed order with the consent of defense counsel for the Court's consideration.

           Respectfully submitted,

           BRIDGET M. ROHDE
           United States Attorney

      By:  /s/
           Margaret Lee
           Craig Heeren
           Assistant U.S. Attorneys
           (718) 254-6205/6467

cc:  Steve Zissou, Esq. (by ECF)