FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ MAY 17 2018 ★
BROOKLYN OFFICE

5/13/18

Dear Judge Donnelly,

I just want to let you know that enough is enough. Please stop trying to hinder people from the path of god/Allah. I am not no devil or a beast. I am just a regular person ~~who is~~ striving to purify my heart and do good and bring peace. I am not mental or nothing of abnormal nature. In the Quran it says, "Verily, you will find the strongest among men in enmity to the Muslims the Jews and those who are idolaters, Polytheists disbelievers in the Oneness of Allah/God and you will find the nearest in love to the Muslims those who say: "We are Christians." That is because amongst them are priests and monks, and they are not proud. [5:82] I also would like to practice my religon in a land of Muslims, this will bring ease in my

heart, however where ever I am at I must accept the will of God/Allah. Thank You and if you want to converse we can and eventually come up with a solution.

Yours Truly,

Rasheedul Mowla
81365-053

Rasheed L Moula
81365-053
MDC Brooklyn
P.O. Box 329002
NY NY 11232

Judge Donnelly
271 Cadman Plaza
East Brooklyn, NY
11201