

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ SEP 14 2018 ★

BROOKLYN OFFICE

U.S. Department of Justice

United States Attorney
Eastern District of New York

F# 2017R01712

225 Cadman Plaza East
Brooklyn, New York 11201

September 10, 2018

Mr. Rasheedul Mowla

Re: U.S. vs. Rasheedul Mowla
Criminal Docket No. CR-18-00487(ILG)

Dear: Rasheedul Mowla:

Please take notice that the above case will be called in the United States District Court located at 225 Cadman Plaza East, Brooklyn, New York on **Wednesday, September 19, 2018 at 11:00 AM**. Please report to Simon Chrein Arraignment Courtroom 2-A South Wing 2nd floor and at this time you will be required to plead to an Indictment heretofore filed for alleged violation of the United States Code.

If you have not been previously interviewed by a Pretrial Services Officer, you should report to the United States Pretrial Services Agency, which is located on the South Wing Room 219, 2nd Floor in the Courthouse. You should arrive at least one hour before the case is to be called so that a pretrial services report can be completed.

If you fail to attend, a warrant will be sought for your arrest.

Very truly yours,

RICHARD P. DONOGHUE
UNITED STATES ATTORNEY

BY: John Vollaro
Acting Grand Jury Coordinator

cc: Hon. I. Leo Glasser (Magistrate Levy will take the plea)

Craig R. Heeren
Assistant U.S. Attorney

Pretrial Services Officer

Steve Zissou, Esq.