

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CRH
F. #2017R01183

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 3, 2018

By Hand Delivery and ECF

Steve Zissou, Esq.
42-40 Bell Boulevard, Suite 302
Bayside, NY 11361
stevezissou@stevezissouesq.com

        Re:    United States v. Rasheedul Mowla
                Criminal Docket No. 18-487 (AMD)

Dear Mr. Zissou:

      Enclosed please find the government's discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. The government also requests reciprocal discovery from the defendant.

I.      The Government's Discovery

      A.      Statements of the Defendant

      Enclosed please find the following documents that contain statements, summaries of statement, and/or pedigree information provided by the defendant:

- Audio recording reflecting statements of the defendant, dated August 25, 2017 (Bates No. RM0000001).

- Video recording reflecting statements of the defendant, dated August 29, 2017 (Bates No. RM0000002).

- Advice of Rights form, signed by the defendant on August 25, 2017 (Bates No. RM0000003).

- Advice of Rights form, signed by the defendant on August 29, 2017 (Bates No. RM0000004).

- Documents reflecting the defendant's pedigree information (Bates No. RM0000005 – RM0000007).

- Photographs of the defendant (Bates No. RM0000008 – RM00000011).

B.  The Defendant's Criminal History

The defendant has no known criminal history.

C.  Documents and Tangible Objects

Enclosed please find the following documents:

- Search warrant and application, dated August 27, 2017, for a Seagate 160 GB hard drive, containing copies of the contents of:

    (1) LG-H634 mobile phone, serial number 507CYYQ007914, with the IMEI number 359565060079141, with attached HC Micro SD 16GB CARD #1521RA1862N;

    (2) Alcatel mobile phone, model number OT871AG, serial number HTJE52D2FKWC9L4, with the IMEI number 013756000693368, with attached white sim card number 8901260962-112564676;

    (3) Nokia mobile phone, model RM-1135, with the IMEI number 359765062021337;

    (4) AT&T mobile phone, model Z222, serial number 325353108274, with the IMEI number 869069024222452;

    (5) White Zain sim card, number 8996604212-438081731;

    (Bates No. RM0000012 – RM0000047).

- Materials copied from electronic devices pursuant to a search warrant dated August 27, 2017  (Bates No. RM0002663).

- Photographs of electronic devices seized pursuant to a search warrant dated August 27, 2017 (Bates No. RM0000048 – RM0000120; RM0002664).

- Search warrant and application, dated September 22, 2017, for the following devices:

2

    (1)  LG-H634 mobile phone, serial number 507CYYQ007914, with the IMEI number 359565060079141, with attached HC Micro SD 16GB CARD #1521RA1862N;

    (2)  Alcatel mobile phone, model number OT871AG, serial number HTJE52D2FKWC9L4, with the IMEI number 013756000693368, with attached white sim card number 8901260962-112564676;

    (3)  Nokia mobile phone, model RM-1135, with the IMEI number 359765062021337;

    (4)  AT&T mobile phone, model Z222, serial number 325353108274, with the IMEI number 869069024222452;

    (5)  White Zain sim card, number 8996604212-438081731;

(Bates No. RM0000121 – RM0000146).

- Materials copied from electronic devices pursuant to a search warrant dated September 22, 2017 (Bates No. RM0002665).

- Photographs of the defendant's U.S. passport (Bates No. RM0000147 – RM0000164).

- Photographs of the U.S. passport for Parveg Ahmed (Bates No. RM0000165 – RM0000181).

- Records received from Google, related to the account "rasheedmowla@gmail.com" (Bates No. RM0000182 – RM0000183; RM0002670).

- Records received from Google, related to the account "rasheedulmowla@gmail.com" (Bates No. RM0000184).

- Document reflecting statements made by Twitter account @_parsz (Bates No. RM0000185 – RM0000186).

- Consent to search forms, dated June 18, 2017, signed by Golam Mowla (Bates No. RM0000187 – RM0000188).

- Records received from Facebook, pursuant to a search warrant dated September 22, 2017, related to Facebook User ID 100010409749467 (Bates No. RM0000189 – RM0002526).

3

- Photographs taken at a residence located at 530 Lincoln Avenue, Brooklyn, New York (Bates No. RM0002527 – RM0002659).

- Federal Bureau of Investigation Receipts for Property (Bates No. PA0002904. (Bates No. RM0002660 – RM0002662).

- Video recording reflecting statements of Parveg Ahmed, dated August 29, 2017 (Bates No. RM0002666).

- Records received from Apple, related to Rasheedul Mowla (Bates No. RM0002667 – RM0002668).

- Records received from America Online, related to account name "freshsole01" (Bates No. RM0002669).

- Records received from Microsoft, related to the account "rasheedulmowla@hotmail.com" (Bates No. RM0002671).

- Records received from Snapchat, related to account "mujahideen1996" (Bates No. RM0002672).

- Records received from Twitter, related to the account "@hasanpelk" (Bates No. RM0002673).

You may examine the physical evidence discoverable under Rule 16, including original documents, by calling me to arrange a mutually convenient time.

D. <u>Reports of Examinations and Tests</u>

The government will provide you with copies of any additional reports of examinations or tests in this case as they become available.

E. <u>Expert Witnesses</u>

The government will comply with Fed. R. Crim. P. 16(a)(1)(G) and Fed. R. Evid. 702, 703 and 705 and notify you in a timely fashion of any expert that the government intends to call at trial and provide you with a summary of the expert's opinion. At present, the government anticipates calling (1) an expert to testify about the examinations of the electronic devices described above; (2) an expert regarding the Islamic State and al-Sham ("ISIS"). The identity, qualifications, and bases for the conclusions of each expert will be provided to you when they become available.

F. <u>Brady Material</u>

The government is not aware of any exculpatory material regarding the defendant. The government understands and will comply with its continuing obligation to

produce exculpatory material as defined by Brady v. Maryland, 373 U.S. 83 (1963), and its progeny.

Before trial, the government will furnish materials discoverable pursuant to Title 18, United States Code, Section 3500, as well as impeachment materials. See Giglio v. United States, 405 U.S. 150 (1972).

    G.    Other Crimes, Wrongs or Acts

The government will provide the defendant with reasonable notice in advance of trial if it intends to offer any material under Fed. R. Evid. 404(b).

II.    The Defendant's Required Disclosures

The government hereby requests reciprocal discovery under Rule 16(b) of the Federal Rules of Criminal Procedure. The government requests that the defendant allow inspection and copying of (1) any books, papers, documents, data, photographs, tapes, tangible objects, or copies or portions thereof, that are in the defendant's possession, custody or control, and that the defendant intends to introduce as evidence or otherwise rely on at trial, and (2) any results or reports of physical or mental examinations and of scientific tests or experiments made in connection with this case, or copies thereof, that are in the defendant's possession, custody or control, and that the defendant intends to introduce as evidence or otherwise rely upon at trial, or that were prepared by a witness whom the defendant intends to call at trial.

The government also requests that the defendant disclose prior statements of witnesses who will be called by the defendant to testify. See Fed. R. Crim. P. 26.2. In order to avoid unnecessary delays, the government requests that the defendant have copies of those statements available for production to the government no later than the commencement of trial.

The government also requests that the defendant disclose a written summary of testimony that the defendant intends to use as evidence at trial under Rules 702, 703, and 705 of the Federal Rules of Evidence. The summary should describe the opinions of the witnesses, the bases and reasons for the opinions, and the qualification of the witnesses.

Pursuant to Fed. R. Crim. P. 12.2 and 12.3, the government hereby demands written notice of the defendant's intention, if any, to claim (1) a defense of insanity or (2) a defense of actual or believed exercise of public authority, and also demands the names and addresses of the witnesses upon whom the defendant intends to rely in establishing the defense identified in any such notice.

III.    Future Discussions

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

Please be advised that, pursuant to the policy of the Office concerning plea offers and negotiations, no plea offer is effective unless and until made in writing and signed by authorized representatives of the Office. In particular, any discussion regarding the pretrial disposition of a matter that is not reduced to writing and signed by authorized representatives of the Office cannot and does not constitute a "formal offer" or a "plea offer," as those terms are used in <u>Lafler v. Cooper</u>, 132 S. Ct. 1376 (2012), and <u>Missouri v. Frye</u>, 132 S. Ct. 1399 (2012).

                                        Very truly yours,

                                        RICHARD P. DONOGHUE
                                        United States Attorney

By:    /s/ Craig R. Heeren
        Craig R. Heeren
        Assistant U.S. Attorney
        (718) 254-6467

Enclosures

cc:    Clerk of the Court (AMD) (by ECF) (without enclosures)