UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

   - against -                                                       18-CR-487 (AMD)

RASHEEDUL MOWLA,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant United States Attorney Josh Hafetz from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

    Assistant U.S. Attorney Josh Hafetz
    United States Attorney's Office (Criminal Division)
    271 Cadman Plaza East, 4th Floor
    Brooklyn, New York 11201
    Tel:  (718) 254-6290
    Email: joshua.hafetz@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Josh Hafetz at the email address set forth above.

Dated: Brooklyn, New York
October 11, 2018

Respectfully submitted,

RICHARD P. DONOGHUE
United States Attorney

By:   /s/ Josh Hafetz
Josh Hafetz
Assistant U.S. Attorney

cc: Clerk of the Court (AMD)