12/5/18

United States District Court
Eastern District of New York
---------------x

United States of America

-against-

RASHEEDUL MOWLA

Defendant.

---------------x

**Plea Agreement**

18cr487(AMD)-1

Of the Federal Rules of Criminal Procedure, ~~I~~ Rasheedul Mowla, I agree to ~~pleas of the counts~~ plead guilty ~~to~~ 1 (one) of the counts out of the 2 (two) on my indictment. I do this knowingly and consiously. Allthough, I have no legal papers on me right now, I remember I had 2 counts and I don't know how the wording is written on each one of them but from my memory I am pleading to the count below. Finally, I don't know which number it is either so I am just going to put 1 but it could be 2.

Count (1): Attempt to Provide Material Support or Resources to a Designated Foreign Terrorist Organization

- Maximum supervised release term: life, to follow any term of imprisonment; if a condition of release is violated, the defendant may be sentenced up to 2 years without credit for pre-release imprisonment or time previously served on post-release supervision

Sincerely,
Rasheedul Mowla
81345-053

Rasheedul Moula - 21365-053
MDC Brooklyn, NY 11232
P.O. Box 329002

Legal Mail

225
Julie Ann Donnelly
Cadman Plaza East
Brooklyn, NY 11201