Case 1:18-cr-00487-AMD   Document 42   Filed 12/21/18   Page 1 of 2 PageID #: 117

Dec 12/21/17 ⑧

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
DEC 21 2018 ★ 4/18
BROOKLYN OFFICE

Dear ~~Donald~~ Trump, not Ann Donnelly ★

How much longer are you going to enslave and torture us, from the time of Adam? You people hurt the harmless muslims like Anwar Awlaki, and his son, etc. You have nothing on my case but what I gave and pleaded guilty too. Free C-blaze (AKA), Free the ~~Mujahideen~~. (NJ) And even then I still didn't plea guilty because I gave the offer not you. I still didn't get no offer.

Sincerely,
[signature] E1365-058
[Arabic signature]

P.S. If your a real American you'll be in the SHU with me in MDC Brooklyn, American Medina in Arabia the Muslims!

I could go to trial and waste money. Why would I waste money?

I bring Peace (SUBMISSION)

See me in the SHU Donald Trump Alone
I (Served/serve) my country.

Rasheed Mondex - 81365-053
MDC Brooklyn, NY 11232
P.O. Box 329002

Steven Zissou
225 Cadman Plaza East
Brooklyn, New York 11201