12/22/18

Dear Steve,

Hey, I would like to know if there's any possible way you can remove my medical records of my "mental" history. In other words through your connections maybe, to remove my medical history from the start of 2016, when I said I thought I was a prophet b/c I tried not taking my meds in the hospitals as well and I told them I'm fine in the hospitals.
— no hard feeling on their part though.

Sincerely,

Rasheedul Moula

81365-053

- Please show to Steven Zissou.

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JAN 07 2019 ★
BROOKLYN OFFICE

Islamic Bookstore .com
3918 Vero Rd. Ste. I
Baltimore MD 21227-1353
tel 410-675-0040 fax 410-675-0085
email service@islamic-bookstore.net

**Invoice # 359292**

12/20/2018

**Media Mail**

**Bill To:**

MDC BROOKLYN
Rasheedul Mowla #81365053
P.O. BOX 329002
Brooklyn NY, 11232

**SHIP TO:**
**MDC BROOKLYN**
**Rasheedul Mowla #81365053**
**P.O. BOX 329002**

**Brooklyn, NY 11232**
**United States**

$5.95

| Customer # | Tracking # | Ship Date | Pay Method | Page #: 1 of 1 |
|---|---|---|---|---|
| 193626 | | | Check | |

| Product No | Quantity | Description | Item(s) Wgt. | Location | Sale Price | Extended Price |
|---|---|---|---|---|---|---|
| 11961 | 1 | Al-Mahdi Truth or Fiction? (Dr. Al-Mahdi Truth or Fiction? (Dr. Muhammad Ahmad bin Isma'il al Muqaddam) | 2 | | $17.95 | $17.95 |
| 9304 | 1 | 80% of Qur'anic Words : Classified 80% of Qur'anic Words : Classified Words' List for Easy Memorization (Dr. Abdul Aziz Abdul Raheem) | .30 | | $2.95 | $2.95 |

Amount Due: $26.85. I'm sorry we do not accept these documents as valid forms of payment. Please submit them to your facility to send a check/money order.

| | |
|---|---|
| Subtotal: | $20.90 |
| Sales Tax: | $.00 |
| Shipping: | $5.95 |

**Total Weight (lbs) .30**  **Total: $26.85**

KEY:  OOS = Out of Stock for more than 8 weeks - re-order then);
SC = Store Credit (which you can use on a future order, or request refund)
OOP = Out of Print (no longer available to us - we cannot take an order for it); NLA = No Longer Available (with us - we cannot take an order for it); . Our email: service@islamic-bookstore.net.  We are now on Corrlinks as well (BOP inmates).

| | |
|---|---|
| Paid: | $.00 |
| Amount Due: | $26.85 |

**Total Products**

**2**

FOR OFFICE USE ONLY (BELOW LINE) : Staff ID # 11

# 0 3 5 6 7 8 9 10 12 18

☆ - I also sent a letter for 2 more books which I d... not get a reciept yet from this book store, the names are:

13313 - First Saudi State & the Story of AD-diriyyah: Compiled by Abu Hatim Muhammad Farooq. $49.95

13277 - The First Sin: Jewish, Christian and Islamic Perspectives (Jerald F. Dirks) - $17.95

• I tried asking counselor if I can pay through SHU.



# MAKTABA DAR-US-SALAM INC.

486 ATLANTIC AVE, BROOKLYN, NY 11217
Tel: (718) 625-5925 Fax: (718) 625-1511
Email: DARUSSALAMNY@GMAIL.COM / Website: WWW.DARUSSALAMNY.NET

INVOICE _____

P.O Number _____   Date: 12-14-18
Name: Rasheedul Mowla #81365-053
Address: MDC Brooklyn, 9th floor, P.O. Box 329002, Brooklyn, NY 11232.
Sales Rep ____  Co Cash __  C. Card ✓  C.O.D __  Paid Out ✓  Shipped Via USPS

| No. | DESCRIPTION | QTY | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|
| 1 | Al-Mahdi Truth or Fiction? | 1 | | $20.00 |
| 2 | The Book of End | 1 | | $27.00 |
| 3 | The Noble Quran Eng-Arabic L | 1 | | $24.00 |
| 4 | Noorani Qaidah Yellow Small | 1 | | $6.00 |
| 5 | | | | $77.00 |
| 6 | S/H | | | $10.00 |
| 7 | | | | $87.00 |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| ... | | | | |
| 30 | | | | |

Received By: _____

TAX: _____
Total: $87.00

Please make all checks payable to "Maktaba Dar-Us-Salam Inc."

**Thank You For Your Business!**



# MAKTABA DAR-US-SALAM INC.

INVOICE_____

486 ATLANTIC AVE, BROOKLYN, NY 11217
Tel: (718) 625-5925 Fax: (718) 625-1511
Email: DARUSSALAMNY@GMAIL.COM / Website: WWW.DARUSSALAMNY.NET

P.O Number: _____  Date: 11/28/18
Name: Rasheedul Mowla #81365-053 9th Fl—(
Address: P.O. Box 329002 Brooklyn NY 11232

Sales Rep\_\_  Co Cash\_\_  C. Card\_\_  C.O.D\_\_  Paid Out\_\_  Shipped Via\_\_

| No. | DESCRIPTION | QTY | UNIT PRICE | TOTAL PRICE |
|---|---|---|---|---|
| 1 | Arabic Holy Quran | 1 | | 12.00 |
| 2 | Let's learn to recite Quran | 1 | | 3.00 |
| 3 | | | | |
| 4 | | | | 15.00 |
| 5 | | | | |
| 6 | | | S/H | 10.00 |
| 7 | | | | |
| 8 | | | | 25.00 |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | Pre Paid | | | |
| 15 | | | | |
| ... | | | | |
| 30 | | | | |
| | | | TAX: | |
| | | | Total: | |

Received By: _____

Please make all checks payable to "Maktaba Dar-Us-Salam Inc."

**Thank You For Your Business!**

12/27/18

I tried sending it yesterday.

~~I~~ HATE SHIITES.

I came accross the Book of the End and in pg 25 it mentions Safeena (ﷺ) reported that the Messenger of Allah ﷺ said, "The caliphate after me will last for 30 years; then ~~there~~ will be kingdom(s). - ruled Hasan

Those 30 years consisted of the caliphates of Abu Bakr As-Siddeeq, Umar Al-Farooq, Uthmaan Ash-Shaheed, and Ali ibn Abee Talib Ash-Shaheed; the full 30 years came to an exact end with the end of Al-Hasan's caliphate, which lasted 6 months. As soon as those 30 years ended, which was in the year 40H, Al-Hasan stepped down, allowing Mu'aawiyah ibn Abee Sufyaan to take his place, and the people pledged allegiance to him. That year was called the year of gathering. ~~~~

- It also mentions others in these books I ordered if you can show the book stores and the Muslims then hopefully they can understand.

I just want to gain knowledge with the people of real knowledge.

I'm not going to go on the court date on 1/4/18 until I get out SHU.

- I tried explaing to the female laywer ~~~~ about yemini girls hating Saudi girls for what ever reason. ~~~~ Along with other things.

(left margin: H e's just a man of god.)

Respectfully Submitted
Rasheedul Mula-
81365-053

I also tried going out SHU b/c I feel like I did more than my 45 day time period and the guy that wrote me up for piss test he said 20 minutes maybe I heard wrong.

Basheedul Mowla 633108S
MDC Brooklyn NY 11232
P.O. Box 329002

Legal Mail

U.S. District Court
Eastern District of New York
Pro Se Office U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201