

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

RMT:JGH/CRH
F.#2017R01183

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 26, 2019

By ECF

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

      Re:    United States v. Rasheedul Mowla
             Docket No. 18-CR-487 (AMD)

Dear Judge Donnelly:

      The government writes to request an adjournment of the deadline to file a motion pursuant to Section 4 of the Classified Information Procedures Act ("CIPA") from April 22, to May 31, 2019.  The parties are engaged in ongoing plea negotiations.  If these negotiations lead to a resolution of the case, it will be unnecessary for the government to file its CIPA brief or engage in some of the burdensome tasks associated with such a filing.  Additionally, the government requests an adjournment of the status conference currently scheduled for March 6, 2019, to a date in the final week of March, to allow the parties time to continue plea negotiations.  The government has consulted with counsel for the defendant, and counsel consents to the government's requests.

      Respectfully submitted,

      RICHARD P. DONOGHUE
      United States Attorney

By:    /s/
      Josh Hafetz
      Craig Heeren
      Assistant U.S. Attorneys
      (718) 254-6290/6467

cc:    Steve Zissou & Sally Butler Esqs. (by ECF)