

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CRH  *271 Cadman Plaza East*
F.#2017R01183  *Brooklyn, New York 11201*

August 25, 2020

<u>By ECF</u>

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

   Re:  <u>United States v. Rasheedul Mowla</u>
      <u>Docket No. 18-CR-487 (AMD)</u>

Dear Judge Donnelly:

   The government writes to respectfully request permission to file an opposition brief in response to the defendant's motion to suppress that is longer than the 25-page limit permitted by the Court's individual practices.  The government requests permission to file a brief that is no longer than 30 pages.  I have consulted with defense counsel, who do not object to this request.

              Respectfully submitted,

              SETH D. DUCHARME
              United States Attorney

          By:   /s/
              Craig Heeren
              Josh Hafetz
              Assistant U.S. Attorneys
              (718) 254-6290/6467

cc:  Defense Counsel (by ECF)