

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

CRH/JGH
F. #2017R01183

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 26, 2020

By Email
Steve Zissou, Esq.
42-40 Bell Boulevard, Suite 302
Bayside, NY 11361
stevezissou@stevezissouesq.com

Re: United States v. Rasheedul Mowla
Criminal Docket No. 18-487 (AMD)

Dear Mr. Zissou:

Please find attached hereto additional discovery material in the above-captioned case. The government also requests reciprocal discovery from the defendant. Specifically, the enclosed material consists of two FBI reports regarding defendant Rasheedul Mowla. The documents are Bates-stamped as RM002678 - RM002685.

Additionally, in response to your prior request, also provided here are additional Bureau of Prisons records for the defendant.

Please let us know if you have any questions.

Very truly yours,

SETH D. DUCHARME
Acting United States Attorney

By: */s/ Josh Hafetz*
Josh Hafetz
Craig R. Heeren
Assistant U.S. Attorneys
(718) 254-7000

Enclosures