**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Medical Center*

Office of the Warden

3301 Leestown Road
Lexington, KY 40511-8799

November 17, 2020

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Courtroom 4GN
Brooklyn, New York 11201

RE:  Name:       MOWLA, Rasheedul
     Case No.:   1:18-cr-487-AMD
     Reg. No.:   81365-053

Dear Judge Donnelly:

Your Court Order, dated October 9, 2020, committed Rasheedul Mowla to a mental health evaluation pursuant to Title 18, United States Code, Section 4241, to determine his competence to stand trial. Mr. Mowla arrived at the Federal Medical Center (FMC), Lexington, Kentucky, on November 17, 2020. Pursuant to Title 18, United States Code, Section 4247, in addition to the evaluation period of 30 days that began the day he arrived at our facility, we are respectfully requesting an extension which would allow us an additional 15 days to complete the evaluation due to modified operations arising from health precautions for institution staff and the inmate population. Under such a time frame, the evaluation would be completed by January 4, 2021, and a report would be available to the Court by February 1, 2021.

If you have any concerns or questions regarding this case, please do not hesitate to contact myself or the evaluating clinician, Dr. Haley Wentowski at (859)255-6812. We respectfully submit this request to the Court.

Sincerely,

Francisco J. Quintana
Warden