

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JGH
F.#2017R01183

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 3, 2021

<u>By ECF and Email</u>

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Rasheedul Mowla
               Docket No. 18-CR-487 (AMD)

Dear Judge Donnelly:

      After consulting with the Court's deputy and defense counsel, the government respectfully requests that the telephone status conference in the above-captioned case currently scheduled for February 19, 2021 be rescheduled for March 1, 2021 at 12:00 p.m. As the government has previously informed defense counsel and the Court, the scheduling change is necessary to allow the Bureau of Prisons to produce the defendant for participation in the telephone conference. Defense counsel consents to this request.

      Respectfully submitted,

      SETH D. DUCHARME
      Acting United States Attorney

By:    /s/ *Josh Hafetz*
      Josh Hafetz
      Craig R. Heeren
      Assistant U.S. Attorneys
      (718) 254-6290/6467

cc:    Clerk of the Court
       Steve Zissou, Sally Butler, and G. Hanna Antonsson, Esqs. (*counsel for defendant*)