

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CRH
F.#2017R01183

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 7, 2021

**By ECF and Email**

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: United States v. Rasheedul Mowla
           Docket No. 18-CR-487 (AMD)

Dear Judge Donnelly:

      The parties write to jointly request an adjournment of the April 12, 2021 status conference to a date at the end of April or beginning of May that is convenient for the Court. The parties are in discussions about the status of the case, including a potential resolution, which requires further discussion between defense counsel and their client. Defense counsel is expected to meet with their client later this week. The parties can provide the court with a joint status update one week before the new date to advise the court of whether a competency hearing is requested and/or whether a trial date should be scheduled.

      Respectfully submitted,

      MARK J. LESKO
      Acting United States Attorney

By:     /s/ Craig R. Heeren
      Craig R. Heeren
      Josh Hafetz
      Assistant U.S. Attorneys
      (718) 254-6290/6467

cc:    Clerk of the Court
      Steve Zissou, Sally Butler, and G. Hanna Antonsson, Esqs. (*counsel for defendant*)