JGH
F.#2017R01183

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA          ORDER

- against -          Criminal No. 18-487 (AMD)

RASHEEDUL MOWLA,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - -X

DONNELLY, DISTRICT JUDGE:

        Upon order of the Court, it is hereby

        ORDERED, pursuant to 18 U.S.C. §§ 4241(b), 4247(b) and 4247(c), that the defendant RASHEEDUL MOWLA, be committed to the custody of the Attorney General at a Bureau of Prisons ("BOP") facility that performs psychiatric or psychological examinations consistent with the provisions of Section 4247(b) ("suitable BOP facility") for a period of thirty days for an additional examination to determine whether the defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense, and for any necessary treatment; and it is further

        ORDERED, pursuant to Title 18, United States Code, Section 4247(b), that a qualified examiner (the "examiner") conduct a psychiatric or psychological examination at a suitable BOP facility; and it is further

ORDERED, pursuant to Title 18, United States Code, Sections 4247(b), that the examiner complete the examination of the defendant RASHEEDUL MOWLA within thirty (30) days of the defendant's arrival at the suitable BOP facility; and it is further

ORDERED pursuant to Title 18, United States Code, Sections 4247(c) that within a reasonable time following the conclusion of this examination, the examiner file a psychiatric and psychological report with the Court with copies provided to defense counsel and the government; and it is further

ORDERED that, due to the ongoing pandemic, and in order to facilitate the defendant's transfer, the Bureau of Prisons is respectfully directed to conduct the evaluation at the suitable FMC with the first available space for the defendant, rather than at the FMC closest to the defendant's current detention location, and it is further

ORDERED that the Clerk of the Court serve a copy of this Order upon the United States Marshals Service for the Eastern District of New York and the Bureau of Prisons.

SO ORDERED

Dated: Brooklyn, New York
February 21, 2022

s/Ann M. Donnelly
THE HON. ANN M. DONNELLY
United States District Judge