RECEIVED IN PRO SE OFFICE
FEB 2 2 2022

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 22 2022 ★
BROOKLYN OFFICE

2-11-22 (evening Sunset)

(1) I sent the officer Ms. De la ROSA

Legal mail last night 2-(10/11)-22

(2) I'm currently in SHU RANGE 4 cell #129

(3) I sent the property officer in MDC Brookly (Moierra) a letter (legal mail) please speak to them about it.

It's just a BIG MISUNDERSTANDING

I showed the DCT (Disturbance Control Center)

RAMIREZ ← his name (wears glasses)

proof of my release which I gave you.

---

please speak w/ these officers thats listed & follow up on ok what happend to the legal I sent to DeLaRosa Send to my Doctor on my legal Team or you. It's my emergency

Mowla, Rasheed #81365-053
MDC Brooklyn, NY 11232
P.O. Box 329002

Ann M. Donnelly
225 CADMAN PLAZA
EAST Brooklyn, NY
11201