FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y.
★ APR 28 2022 ★
BROOKLYN OFFICE

Date:
Time:

RECEIVED APR 28 2022 PRO SE OFFICE

Happy RAMADAN, Spanish Heritage Month, & The time the law Says to dismiss a complaint, Indictment & the like based on good grounds & interest of justice

**proffer** - "I was just touring, traveling, sight seeing I thought I'm a peaceful man and my name [Rasheedul, Mowla]

→ need a ~~HOT~~ Linguist on my legal team.

Guide Line (need Linguist on my side)

• Be used to end war() I never wanted to join anything.... Can I get my medication.... they said (prosecutor) they are going to, [Linguist] - need to add for me and my case.

• I went to court with Steve, being my attorney and he let his prosecutor know his wife just wanted to see. I hope you remember that Status Conference (2017) and Steve is a witness to what I confessed to. Now that I'm here in Grady County Jail, OK CHICKASHA, PO Box 73018 they said I'm here for Breaking cameras after putting me in restraint chair & flying me back from Butner (North Carolina) I see a Watch Tour button that looks like an emergency Button that matches what I said at my proffer hearing.

S.C. 11/23/21 SUNDAY

MDC Brooklyn: 11/16/21 - incident report ⎫ before adding SUSAN (Doctor)
good morning, I think I saw you at ⎬ I never denied court Prior ~~to~~ 11/16/21
the Law Library, I want ⎬ the dominican spanish or puertorican spanish
to talk to who about ⎬ thought I did then the marshall showed me
sex. ⎬ a picture of a doctor, I asked him to
— ~~starboy~~ SHEED ⎬ look at the list and showed my paperwork
then I seen a guy name ⎬ and stamps. This was between the day
RoseBERRY from Washington D.C. arrested ⎬ before veterans day because on veterans
on August (2021) on the news paper I had. ⎬ day I explained my situation & after Super Bowl
I Need my property.

*[Left margin top:] [Jury] Their evidence to indict me & try me in Court*

*[Top right:] DOB: 06/03*

(Snap CHAT) ~~Identify~~

USERNAME: **[Mujahideen1996]**

CONTENT: **[(Translation Meaning)]** ← see Key Box 1

Video of me w/ a white hat by the stair case in a unclaimed property [SAUDI ARABIA] saying, "peace be upon you"

**typed MESSAGE**

① ☕ King to make hijrah to Balad ASH-SHAM
                              (Key 1)    ( Key Box 1 )

**KEY Box 1**

I really need to speak to a sexy HOT Linguist for my legal case. Emergency. (add her for my own confidentiality)

I'm not what they say or THINK I am, [not a kidnapper, Law enforcement or the like (politicians, anything group related that doesn't deal with Independancy)]

Please don't have whoever try to put something on me b/c of their own personal experience, or whatever issues of their own individual self & have my voice not above theirs (coercion; look at my mental health records & the audio(s) of the F.B.I; Joe Rudnick & Homeland Security)
                                                                          ↑ TOM

The 2 audio(s) are the only evidence they should of try me on. My paralegal looked through other confidential information that has nothing to do with my case except for the contents inside PARVEG AHMED phone where I think Joe Rudnick-FBI tried to beileve that my PLAN & Intent started from U.S. Territory

بسم الله الرحمن الرحيم

(PRAISE TO GOD, Gracious, Merciful)

Page 1

I'm born LEFTY (hand writing is off.)

To Muslim(s) in Islam, The Gracious means to all people & Merciful means to specifally Muslims i.e. ME.

In the Quran (Arabic; Bible) there are 99 names of GOD and something with the 1 and whoever understands them enters "PARADISE"

Like I said in Jordan, Amman; I let F.B.I, Joe RUDNICK know I'm here for Misunderstanding of word. My MOTION (non-legal term) was to IRBID, Jordan which is a different direction from PARVEG AHMED. MY evidence is different than his, and it graciously mentions it on his smart phone, [I have no smart phone] which I sent to you with what the Doctor heard me say. May I request my legal documents and show you it through computer because in MDC Brooklyn I couldn't do much but make the paper trail of what really happend in Jordan with my conspiror 11/16/22 ← incident report (please send me a copy for legal case)

If I'm hearing a whisper in a hotel in Jordan, Amman at the reception by someone because the receptionist wore a certain dress; clothes and looking at a American passport of me, that shouldn't have him bring me with him and his views of how she should dress, look, talk, etc. The same applies to the people that indicted me for these charges I have to hold YOU & ME Accountable (Double Jepeordy). This is why I need a SEXY HOT looKING Linguist for my case; maybe outside to talk about "my" SNAPCHAT ACCOUNT, That they don't understand

Follow up on previous legal Mail, Friday night

SUNDAY 4/24/22

I did not co-operate. I'm in Isolation because they saying I "Blew up Camera" when arriving in OK [hold over] I tried explaining my case to pilot but one of the Marshall didn't understand & I tried having them get on smart phone to explain my case. [misunderstanding of word].

THE Life RECOVERY Bible 2nd Edition [NLT]

I've seen a CHINEESE Bible flying to me and I caught it. Then I seen a heart and a Broken heart out the window [DARK].

Could you let them know everybody sees things differently everyone is not like me. (Severance)

I swear by the penalty of perjury that this statement is True. (Camera in the Pod I'm in, a witness) 4/22/22 (night) 3A, 3A-2

A-Alpha

[Joe Rudnick]

I DONT have a Degree in ENGLISH or Spanish & I'm not a MARSHALL

Because the F.B.I didn't believe me when I SAID, IT IS JUST A MISUNDERSTANDING OF WORD in Jordan, Amman everything got complicated. he wanted to prove it & then mentioned his girlfriend. STEVE Zissou is Terrible for keeping me here like this after I repeatedly let him know the TRUTH.

I want a hot looking linguist on my legal team because everyword I hear now is getting me aggravated and I'll end up catching another case ontop of the one I have now. My conspiror; AHMED or the Jordanian investigator that kidnapped me. Steve & RON are suppose to help me find the people like AHMED and of his like far away (My temper did this) because I have proof based on legal grounds to kill (execute), the whole 1st Amendment mentions it to him and people like him or her. Please take me seriously, it's not You, I even showed proof of IRBID JORDAN TOURISM in Black & White, with what the Search Warrant said that matches the evidence of ONLY ME. MY PARAlegal isn't doing anything to apply any type of law for my release which is trying to put embarrasement on you and me both. Can you help me find the proper legal term(s) that matches what I'm trying to say since your a lawyer and prosecutor. (double jepeordy). When I'm trying to be independant some pussy (doctor term) tries to get me to be like them that's why I can't just look someone up randomly and always use technology. I want visits every day (contact visits) why is it I'm going & them not coming.

Nowla, Rasheedul reg# 81365-053
815 N. 3rd St.
Chickasha
P.O. Box 73018

This correspondence is from an inmate at Grady County Law Enforcement Center. GCLEC is not responsible for content.

OKLAHOMA CITY OK 730
25 APR 2022 PM 6

Ann M. Donnelly
225 Cadman Plaza
East Brooklyn, NY 11201

FEDERAL MAIL

Special MAIL

To whom it may concern,

Sincerely,