

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CRH/MAA
F. #2017R01183

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 24, 2023

<u>By ECF and Email</u>

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Rasheedul Mowla
            <u>Criminal Docket No. 18-487 (AMD)</u>

Dear Judge Donnelly:

      The government respectfully submits this letter in the above-captioned matter and encloses a joint proposed order asking the Court to endorse the recommendation of Dr. Heather H. Ross, as expressed in her December 9, 2022 report, that the defendant Rasheedul Mowla, presently is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to assist properly in his defense. The proposed order further asks the Court to endorse Dr. Ross's recommendation that the defendant be hospitalized by the Federal Bureau of Prisons to determine whether the defendant will attain the capacity to participate in his defense, pursuant to 18 U.S.C. § 4241(d).

                                         Respectfully submitted,

                                         BREON PEACE
                                         United States Attorney

                         By:    <u>/s/ Craig R. Heeren</u>
                                         Craig R. Heeren
                                         Meredith A. Arfa
                                         Assistant U.S. Attorney
                                         (718) 254-6467

Enclosure (proposed order)

CC:    Clerk of Court (AMD) (by ECF and Email)
        Steve Zissou, Esq., Susan G. Kellman, Esq., Hanna Antonsson, Esq. (by ECF)