CRH/MAA
F#2017R01183

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

RASHEEDUL MOWLA,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

PROPOSED ORDER

18-CR-487 (AMD)

ANN M. DONNELLY, United States District Judge.

       Upon a joint application of the parties in this matter requesting that the Court endorse the finding of Dr. Heather H. Ross that the defendant Rasheedul Mowla ("Mowla" or "the defendant") is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to assist properly in his defense, and requesting an order that the defendant be hospitalized by the Federal Bureau of Prisons ("BOP") Federal Medical Center ("FMC") for a period of time not to exceed four months to determine whether the defendant will attain the capacity to participate in his defense, pursuant to 18 U.S.C. § 4241(b);

       WHEREFORE, IT IS ORDERED that BOP hospitalize the defendant at an FMC for a period of time not to exceed four months in a manner consistent with the aforementioned recommendation of Dr. Heather H. Ross, pursuant to 18 U.S.C. § 4241(d), which may be extended for an additional reasonable period of time upon an order of the Court;

IT IS FURTHER ORDERED that BOP provide a status report to the Court and parties after the defendant has been residing at the FMC for 30 days detailing whether the defendant has been prescribed any psychiatric medications to restore his competency, and the defendant's compliance with such medication. If the defendant is not compliant with the course of treatment recommended by the BOP, the status report should also include whether the evaluator recommends involuntary treatment for the purposes of competency restoration pursuant to Sell v. United States, 539 U.S. 166 (2003) and the reasons supporting the evaluator's recommendation.

SO ORDERED.

Dated: Brooklyn, New York
January 26, 2023

s/Ann M. Donnelly
_____
THE HONORABLE ANN M. DONNELLY
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK