

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CRH/MAO
F. #2017R01183

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 16, 2024

By ECF and Email

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Rasheedul Mowla
            Criminal Docket No. 18-487 (AMD)

Dear Judge Donnelly:

      The government writes, with the consent of counsel for the defendant, to respectfully request an adjournment of 30 days of the competency hearing, currently scheduled for May 20, 2024. The parties have been engaged in discussions about the appropriate next steps in this matter, should the Court find the defendant competent, and require more time to continue to engage in these discussions.

                                Respectfully submitted,

                                BREON PEACE
                              United States Attorney

                By:    /s/ Craig R. Heeren
                          Craig R. Heeren
                          Meredith A. Arfa
                          Assistant U.S. Attorney
                          (718) 254-6467

CC:    Clerk of Court (AMD) (by ECF and Email)
          Steve Zissou, Esq., Susan G. Kellman, Esq., Hanna Antonsson, Esq. (by ECF)