# LAW OFFICES OF SUSAN G. KELLMAN
25 EIGHTH AVENUE • BROOKLYN, NEW YORK 11217
(718)783-8200 • FAX (718)783-8226 • SGK@KELLMANESQ.COM
FELLOW, AMERICAN COLLEGE OF TRIAL LAWYERS

June 15, 2024

<u>VIA ECF and Email</u>
Hon. Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

              Re: *U.S. v. Rasheedul Mowla*
                 18 Cr. 487 (AMD)

Dear Judge Donnelly:

  Counsel for Mr. Mowla and government counsel have been diligently working to find a solution to the complex issues presented by this case. And, while we are not quite there – we agree that a status conference, rather than the competency hearing for Tuesday, June 18 at 10:30am, might prove productive.

  Accordingly, we respectfully request that the conference on Tuesday be used to assess the status of the case and a plan for the way forward.

  Your Honor's attention to this request is greatly appreciate.

              Respectfully submitted,

              *Susan G. Kellman*

              Susan G. Kellman
              Steven Zissou

cc: All counsel