

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

NJM:MAA                  *271 Cadman Plaza East*
F. #2017R01183       *Brooklyn, New York 11201*

March 12, 2025

<u>By ECF and Email</u>

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

         Re:     <u>United States v. Rasheedul Mowla</u>
                  <u>Docket No. 18-CR-487 (AMD)</u>

Dear Judge Donnelly:

       The government writes, on behalf of the parties, to request that the Court schedule an in-person hearing in Brooklyn to determine the mental competency of defendant Rasheedul Mowla, pursuant to 18 U.S.C. §§ 4241(e) and 4247. The parties respectfully request that the Court direct the Bureau of Prisons to transfer the defendant as soon as possible to the Metropolitan Detention Center in Brooklyn and that the Court hold the competency hearing as soon thereafter as convenient.

                                            Respectfully submitted,

                                            JOHN J. DURHAM
                                            United States Attorney
                                            Eastern District of New York

                         By:    /s/ Meredith A. Arfa
                                            Meredith A. Arfa
                                            Assistant United States Attorney
                                            (718) 254-6025

cc:     Clerk of the Court (by Email)
        Defense Counsel (by ECF)