

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| MAA | *271 Cadman Plaza East* |
| F. #2017R01183 | *Brooklyn, New York 11201* |

April 8, 2025

<u>By ECF and Email</u>

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:    United States v. Rasheedul Mowla
>        <u>Docket No. 18-CR-487 (AMD)</u>

Dear Judge Donnelly:

The government writes to notify the Court that it understands from the U.S. Marshals Service that the defendant is not available to be produced for the April 9, 2025 competency hearing, and accordingly requests that the Court adjourn the hearing. The government will propose a new hearing date once the defendant is available.

In addition, the government respectfully submits that time under the Speedy Trial Act is currently excluded given the pending competency proceeding. *See* 18 U.S.C. § 3161(h)(1)(A); *see also* 18 U.S.C. § 3161(h)(4). Nevertheless, in an abundance of caution, the government respectfully requests that the Court exclude time for 30 days in the interests of justice,

including to afford the parties additional time to engage in resolution discussions and given the complexity of the case.  *See* 18 U.S.C. § 3161(h)(7).

Respectfully submitted,

JOHN J. DURHAM
United States Attorney
Eastern District of New York

By:    /s/ Meredith A. Arfa
Meredith A. Arfa
Assistant United States Attorney
(718) 254-6025

cc:    Clerk of the Court (by Email)
Defense Counsel (by ECF)

2